FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 04 2013 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NOT FOR PUBLICATION

------------------------------------------------------------x

DEXTER ROBINSON,

          Petitioner,

   -against-

ANDREA EVANS, Parole, and
MARK BRADT, Superintendent of Attica,

          Respondents.
------------------------------------------------------------x

**MEMORANDUM AND ORDER**

12-CV-6077 (KAM)

MATSUMOTO, United States District Judge:

     Dexter Robinson, who was recently released from Attica Correctional Facility,[1] filed this *pro se* petition pursuant to 28 U.S.C. § 2254 on December 6, 2012. Robinson apparently seeks to challenge a 1984 conviction for which he is no longer in custody. (*See* ECF No. 1, Petition.) Robinson did not pay the filing fee, nor did he file an application to proceed without the prepayment of fees. On December 11, 2012, the Clerk's Office mailed a letter directing Robinson to either submit a completed application to proceed *in forma pauperis* or to pay the $5 filing fee to the Clerk of Court of the Eastern District of New York within 14 days. (*See* ECF No. 3, Notice of Deficient Filing.)

     More than 14 days have elapsed since the issuance of this letter, and, to date, Robinson has failed to respond. In light of his *pro se* status, the Court hereby grants Robinson an additional 30 days to either pay the filing fee or file an IFP/PLRA application. However, if Robinson fails to comply with this order within 30 days (that is, by February 4, 2013), this action will be dismissed without prejudice. No extension shall be granted without good cause shown. The Clerk of Court shall include an IFP/PLRA form with this order. No response to this petition

---

[1] *See* http://nysdoccslookup.doccs.ny.gov/ (DIN 86-B-0740) (last visited Jan. 4, 2013).

from respondents is required at this time.

    SO ORDERED.

                                                          /S/
                                        KIYO A. MATSUMOTO
                                        United States District Judge

Dated: Brooklyn, New York
       January 4, 2013

2